# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-25-00044-CV
---

**Peace and Pines, LLC, Appellant**

**v.**

**Kenneth Timerman; Serene Vibes, LLC; David Anthony Buttross II; Matthew Morgan; and Southwest Land Invest, LLC, Appellees**

---
### FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### NO. 2049-335, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING
---

## M E M O R A N D U M   O P I N I O N

Appellant Peace and Pines, LLC and appellee David Anthony Buttross II, representing that he also is a cross-appellant in this appeal, have filed a joint unopposed motion to dismiss this appeal.[1]  We grant the unopposed motion and dismiss this appeal in its entirety.  *See* Tex. R. App. P. 42.1(a).  In accordance with the unopposed agreement of the parties regarding costs reflected in the motion to dismiss, all costs of the appeal will be taxed against the party that incurred the respective costs.  *See* Tex. R. App. P. 42.1(d), 43.2(f), 43.6.

---

[1] Although Peace and Pines and Buttross jointly represent that Buttross is a cross-appellant, we have no record of any cross-notice of appeal filed by Buttross.

_____

Chari L. Kelly, Justice

Before Justices Kelly, Crump, and Ellis

Dismissed on Appellant's Motion

Filed:   April 11, 2025